# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Cristian Marlon Perez-Perez

CRIMINAL COMPLAINT
CASE: 19-38551MP
Citizenship: GUATEMALA

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about November 17, 2019, at or near Sasabe, Arizona, in the District of Arizona, Cristian Marlon PEREZ-Perez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   On or about December 02, 2019, agents found Cristian Marlon PEREZ-Perez in the United States of America at or near Three Points, Arizona without the proper immigration documents. Furthermore, Cristian Marlon PEREZ-Perez admitted to illegally entering the United States of America from Mexico on or about November 17, 2019, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 12/04/2019

at Tucson, Arizona

Ubaldo G Soto, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 12/04/2019

**Bernardo P. Velasco**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                    CASE: 19-38551MP

vs.

Cristian Marlon Perez-Perez

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Cristian Marlon Perez-Perez, was represented by counsel, Saul Huerta (CJA).

The defendant pled guilty to the Complaint on 12/04/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 11/17/2019 |

As pronounced on 12/04/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Wednesday, December 04, 2019.

*Leslie A. Bowman*

Leslie Bowman
Magistrate Judge

Arresting Agency: TCA

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA - TUCSON

**JUDGE'S MINUTES**

Date: 12/04/2019        Case Number: 19-38551MP

USA vs. **Cristian Marlon Perez-Perez**

Magistrate Judge: LESLIE BOWMAN     Judge AO Code: 70BX
ASSIGNED U.S. Attorney: Curtis Smith
INTERPRETER REQ'D: Yvette Citizen, Spanish
Attorney for Defendant: Saul Huerta (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **12/02/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:    Saul Huerta (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart    COP: 1
BY: Armida Butler         Sent: 0
      Deputy Clerk        IA: 0
      Start: 1:30 pm Stop: 2:55 pm